# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER PEREZ FLORES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, et al.,<br><br>　　　　　Respondents. | Case No. 2:26-cv-00735-KES-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is an immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 9, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 8.) The district judge referred this matter to the undersigned "for further proceedings," noting that "the magistrate judge may consider whether to hold further proceedings on the petition in abeyance" "pending the appeals in *Rodriguez v. Bostock*, No. 25-6842 (9th Cir.), and *Carballo v. Andrews*, No. 1:25-CV00978-KES-EPG (HC), 2025 WL 2381464 (E.D. Cal. Aug. 15, 2025)." (Id. at 3, 2 n.2.)

Given the uncertainty regarding when the above appeals will be decided, the Court declines to hold further proceedings on the petition in abeyance. Accordingly, the Court HEREBY ORDERS that:

1. Within forty-five (45) days of the date of service of this order, Respondents may file a response to the petition or a statement that they will rest on the briefs previously submitted with respect to the preliminary injunction;

2.  Within thirty (30) days of the date of service of Respondents' response, Petitioner may file a reply; and

3.  If Respondents do not file a response by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.

Dated:   **March 18, 2026**          /s/ Eric P. Grosj

UNITED STATES MAGISTRATE JUDGE

2